| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RICKEY WAYNE BECKETT, §
§
    Petitioner, §
§
versus §   CIVIL ACTION NO. 1:22-CV-294
§
SHERIFF, JEFFERSON COUNTY, §
§
    Respondent. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Rickey Wayne Beckett, an inmate at the Jefferson County Correctional Facility, proceeding *pro se*, brings this petition for writ of habeas corpus.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends that petitioner's motion to proceed *in forma pauperis* be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** that petitioner's motion to proceed *in forma pauperis* is **DENIED**. Petitioner shall pay the filing fee of $5.00 within thirty (30) days from the date of this order.

SIGNED at Beaumont, Texas, this 29th day of September, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE